IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCUS A NAVEJAR                                                        PLAINTIFF

V.                       CASE NO. 2:16-CV-00063 JM/BD

C.V. RIVERA                                                              DEFENDANT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Navejar's petition is DISMISSED without prejudice.

IT IS SO ORDERED this 5th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE