## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**MARCUS A NAVEJAR**                                                                                  **PLAINTIFF**

**V.**                       **CASE NO. 2:16-CV-00063 JM/BD**

**C.V. RIVERA**                                                                                      **DEFENDANT**

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 5th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE